# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4304
_____

MAHMOUD NASSIROU,

Appellant,

v.

NELLIE N'GUESSAN BORBA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Daniel Wilensky, Judge.

July 22, 2019

PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mahmoud Nassirou, pro se, Appellant.

F. Susannah Collins of Robinson Collins, P.L., Jacksonville, for Appellee.